UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUQUILLA HENRY,

    Plaintiff,

v.                                    CASE NO.: 8:10-cv-2758-T-23AEP

WESTERN CONTROL SERVICES, INC.,

    Defendant.
_____/

### ORDER

On December 9, 2010, the plaintiff filed a complaint in the Tampa Division of the United States District Court for the Middle District of Florida. The complaint states that the plaintiff resides in Lee County, Florida, and that the defendant is a "debt collector" that "operates" from Englewood, Colorado. Pursuant to Local Rule 1.02(c) and (e) this case is **TRANSFERRED** to the Fort Myers Division of the United States District Court for the Middle District of Florida.

ORDERED in Tampa, Florida, on December 15, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE